# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK JEROME ALLEN

VERSUS

BATON ROUGE GENERAL MEDICAL
CENTER, ET AL

NO.   2026 CW 0220

**MAY 4, 2026**

---

In Re:   Derrick Jerome Allen, applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 739178.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

                    **SMM**
                    **BDE**
                    **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT